810

No. 209. RAILROAD TRANSFER SERVICE, INC. *v.* CITY OF CHICAGO ET AL. C. A. 7th Cir. Certiorari granted. *David Axelrod* and *Amos M. Mathews* for petitioner. *Sydney R. Drebin* for respondents.

No. 216. NATIONAL LABOR RELATIONS BOARD *v.* ALLIS-CHALMERS MANUFACTURING CO. ET AL. C. A. 7th Cir. Certiorari granted. *Solicitor General Marshall, Robert S. Rifkind, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for petitioner. *Maxwell H. Herriott, James A. Urdan* and *John L. Waddleton* for Allis-Chalmers Manufacturing Co., and *Joseph L. Rauh, Jr., John Silard* and *Stephen I. Schlossberg* for International Union UAW–AFL–CIO (Locals 248 and 401), respondents.

No. 233. WALDRON *v.* MOORE-MCCORMACK LINES, INC. C. A. 2d Cir. Certiorari granted. *Theodore H. Friedman* for petitioner. *William M. Kimball* for respondent.

No. 310. FEDERAL TRADE COMMISSION *v.* JANTZEN, INC. C. A. 9th Cir. Certiorari granted. *Solicitor General Marshall, Assistant Attorney General Turner, Nathan Lewin, Howard E. Shapiro, Charles L. Marinaccio, James McI. Henderson* and *Thomas F. Howder* for petitioner. *Edwin S. Rockefeller, Donald H. Green* and *Joel E. Hoffman* for respondent.

No. 181. GROSSO *v.* UNITED STATES. C. A. 3d Cir. Certiorari granted and case set for oral argument immediately following No. 41. *James E. McLaughlin* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Ronald L. Gainer* for the United States.